IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Sunago Christian Fellowship Church, | ) ) | **NOTICE OF VOLUNTARY** |
| Plaintiff(s) | ) | **DISMISSAL PURSUANT TO** |
| v. | ) ) ) | **F.R.C.P. 41(a)(1)(A)(i)** |
| Edmund Brown, et. al., | ) ) | Case No.: 2:11 cv 10200 PSG-JEM |
| Defendant(s) | ) ) ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Sunago Christian Fellowship Church and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) Edmund Brown, et. al.

Date: April 5, 2012

_____
*Kevin M. Muldoon, Plaintiff's Counsel*

5000 Birch Street, West Tower, Suite 3000
*Address*

Newport Beach, CA 92660
*City, State & Zip Code*

949-207-3605_____
*Telephone Number*